IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ANGELA K. HERNANDEZ,

    Petitioner,

vs.

MR. WILLIAMS,

    Respondent.

8:20CV188

**MEMORANDUM AND ORDER**

This matter comes on for initial review of a prisoner's § 2241 petition challenging her federal confinement for failure to give her credit for time served prior to sentencing. The petition will be dismissed without prejudice because the § 2241 petition must be filed in the federal district where the petitioner is confined. The law is:

> A § 2241 habeas petitioner seeking to challenge his present physical custody within the United States must file the petition in the district of confinement. Rumsfeld v. Padilla, 542 U.S. 426, 443, 124 S. Ct. 2711, 159 L. Ed. 2d 513 (2004). This rule applies to both state and federal prisoners filing § 2241 habeas corpus petitions.

Federal Habeas Manual § 1:102.

The petitioner is confined at a federal facility in Greenville, Illinois. I believe the proper place for filing is the United States District Court for the Southern District of Illinois. The address for that court is: 750 Missouri Avenue, East St. Louis, Illinois 62201.

IT IS ORDERED that Petitioner's § 2241 petition, Filing no. 1, is denied and dismissed without prejudice. No certificate of appealability will be issued. A separate judgment will be filed.

Dated this 19th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge